[No. 20918-7-II.    Division Two.    April 17, 1998.]

LARRY R. ROGERS, ET AL., *Appellants*, v. DOUGLAS R. PORTER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 94-2-01752-9, William J. Kamps, J., entered June 10, 1996. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong and Hunt, JJ.

[No. 21015-1-II.    Division Two.    April 17, 1998.]

CAL CURRENS, ET AL., *Appellants*, v. IRENE SLEEK, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 95-2-01656-5, Robert L. Harris, J., entered June 12, 1996. *Affirmed* by unpublished opinion per Bridgewater, A.C.J., concurred in by Morgan and Armstrong, JJ.

[No. 21093-2-II.    Division Two.    April 17, 1998.]

DONNA SHEPPARD, ET AL., *Appellants*, v. HORLUCK TRANSPORTATION, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-2-01355-0, James D. Roper, J., entered August 6, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.

[No. 21261-7-II.    Division Two.    April 17, 1998.]

PAUL BLALOCK, ET AL., *Appellants*, v. GENE R. JONES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 94-2-02795-8, James D. Roper, J., entered October 11, 1996. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.